IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LITTLEJOHN,<br><br>            Plaintiff,<br><br>      vs.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>            Defendant.<br>_____/ | Case No.  1:06-cv-1887 OWW TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDERS AND TO PROSECUTE<br>(Doc. 19) |

   On December 20, 2006, Plaintiff Carol Littlejohn (Plaintiff), through counsel, filed a complaint in this Court seeking judicial review of a final decision by the Commissioner of Social Security denying her application for Social Security disability benefits.  (Doc. 1).  The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).  The Court issued a scheduling order on December 27, 2006, which required that Plaintiff file her opening brief no later than ninety-five (95) days after Defendant lodged the administrative record.  (Doc. 7).  On November 14, 2007, the Magistrate Judge ordered Plaintiff to show cause why she had not filed her opening brief in light of the fact that well over 95 days had elapsed since Defendant lodged the administrative record on June 25, 2007.  (Docs. 15, 18).  Plaintiff did not respond to the show cause order by the October 30, 2007, deadline.  (Doc. 18; see Dkt. Report).

   On December 6, 2007, the Magistrate Judge filed Findings and Recommendations, in which she recommended that this case be dismissed for failure to comply with the Court's scheduling and show cause orders, and for Plaintiff's failure to prosecute the action.  (Doc. 19).  The Findings and

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1

Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service. (Id.). To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations filed on December 6, 2007, are supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 6, 2007 (Doc. 19), are ADOPTED IN FULL; and

2. Plaintiff Carol Littlejohn's Social Security action is DISMISSED WITHOUT PREJUDICE for failure to comply with Court orders and to prosecute; and

3. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   January 10, 2008**                    /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE